**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STUDENT "A", MATTHEW ZALESKAS, and EVAN ZALESKAS<br><br>*Plaintiffs,*<br><br>v.<br><br>GOVERNOR LARRY HOGAN, and BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND<br><br>*Defendants.* | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No.: _____<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446 and Federal Rule of Civil Procedure 81, defendants Governor Lawrence J. Hogan, Jr. and the Board of Regents of the University System of Maryland, by undersigned counsel, give notice of the removal of this action from the Circuit Court for Anne Arundel County, Maryland, to the United States District Court for the District of Maryland. The grounds for removal are as follows:

1. Plaintiffs, Student "A", Matthew Zaleskas, and Evan Zaleskas commenced this action against defendants on May 4, 2020 by filing a complaint in the Circuit Court for Anne Arundel County, Maryland. The complaint was docketed as Case No. C-02-CV-20-

001155.  On May 11, 2020, plaintiffs sent by email a copy of the complaint to an Assistant Attorney General for the State of Maryland.  On May 14, 2020, plaintiffs served the defendants with a summons and complaint.  *See* Exhibit 1.

2. In accordance with 28 U.S.C. § 1446(b), defendants timely filed this notice of removal on June 3, 2020, within 30 days after defendants received the complaint.

3. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5.a, defendants are filing contemporaneously with this notice true and legible copies of all process, pleadings, documents and orders which have been served upon defendants, consisting of the summons and complaint.  *See* Exhibit 1.  Defendants will file within 30 days true and legible copies of all other documents then on file in the State court together with the certification required by Local Rule 103.5.a.

4. This Court has jurisdiction over this case under 28 U.S.C. §§ 1331 and 1441 because it involves claims or rights arising under the Constitution and laws of the United States.  In Counts 7, 8, and 9 of their complaint, plaintiffs assert that the transformation of their educational experience from in-person to remote instruction and the closing of Maryland public colleges and universities necessitated by Governor Hogan's executive orders relating to the COVID-19 pandemic constitutes a taking of their property for which they were not justly compensated in violation of the Fifth Amendment to the United States Constitution.  *See* Exhibit 1 at 22-26.  In Counts 10 and 11 of their complaint, plaintiffs seek declaratory and injunctive relief relating to their takings claims.  See Exhibit 1 at 26-29.

5. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the remaining claims in the complaint, including those asserted in Counts 1, 2, 3, 4, 5, and 6. These counts assert claims in contract and quasi-contract and incorporate the same factual allegations as Counts 7 through 11.

6. Defendants will promptly file a copy of this notice of removal with the Clerk of the Circuit Court for Harford County as required by 28 U.S.C. § 1446(d).

                                           Respectfully submitted,

                                           BRIAN E. FROSH
                                           Attorney General of Maryland

                                           /s/ Ann M. Sheridan
                                           ANN M. SHERIDAN, Bar No. 11137
                                           Assistant Attorney General
                                           JAMES O'CONNOR, Bar No. 20307
                                           Assistant Attorney General
                                           200 Saint Paul Place, 20th Floor
                                           Baltimore, Maryland 21202
                                           (410) 576-6441
                                           asheridan@oag.state.md.us
                                           joconnor@oag.state.md.us

Dated: June 3, 2020                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, the foregoing notice of removal was filed with the Clerk of the Court for the United States District Court for the District of Maryland using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I hereby further certify that a copy of the foregoing notice of removal was sent via first-class mail, postage prepaid, and email to:

Edward N. Griffin, Esquire
ADELPHI LAW
2306 Wineberry Terrace
Baltimore, MD 21209
griffin@adelphilaw.com

Attorney for Plaintiffs

                                      /s/ Ann M. Sheridan