IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STUDENT "A", et al., | * | |
| *Plaintiffs,* | * | |
| v. | * | |
| GOVERNOR LARRY HOGAN, et al. | * | Civil Action No.: 1:20-CV-01434 |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court, having considered the Defendants' Consent Motion for Extension of Time, does hereby grant the motion and orders that:

The defendants' reply in support of their motion to dismiss (ECF No. 17) the first amended complaint (ECF No. 12) shall be filed on or before September 11, 2020. (ccb)

.

| | |
|---|---|
| 9/1/20 | /s/ |
| Date | Hon. Catherine C. Blake, District Court Judge |